UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PENNY HERRICK and DANIEL SANCHEZ,

    Plaintiffs,

v().                                     Case No.: 8:25-cv-1700-KKM-AAS

SANFORD ELECTRIC COMPANY II, INC. and ROBIN NEILEN,

    Defendants.
_____/

## ORDER

The plaintiffs, Penny Herrick and Daniel Sanchez, move for a Clerk's entry of default against the defendant Sanford Electric Company II, Inc. (Sanford Electric). (Doc. 17). The plaintiffs filed their complaint on July 2, 2025, and properly served Sanford Electric on September 23, 2025.

Sanford Electric appeared by videoconference for the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) hearing on November 13, 2025. At the hearing, Sanford Electric orally moved for an extension of time to obtain counsel and respond to the complaint. (Doc. 13). The court granted the motion and ordered the defendants to respond to the complaint and obtain counsel by January 8, 2026. (Doc. 14). The Order also reminded Sanford Electric that it cannot represent itself. (*Id*.).

1

Federal Rule of Civil Procedure 55(a) governs a clerk's default and states, "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). "Courts within this district and within other districts in the Eleventh Circuit have held the failure of a corporate defendant to obtain counsel may be construed as a failure to defend within the meaning of Rule 55." *E.g., Wyndham Vacation Ownership, Inc. v. Miller*, No. 6:19-CV-817-PGB-EJK, 2022 WL 18926773 at *2 (M.D. Fla. Apr. 8, 2022).

Sanford Electric has neither responded to the complaint nor obtained counsel as required by the court's prior order (Doc. 14). Accordingly, despite Sanford Electric's appearance at the IDEAL hearing, it has failed to plead or otherwise defend, and the plaintiff's motion for entry of clerk's default is **GRANTED**. The Clerk is directed to enter default against Sanford Electric.

**ORDERED** in Tampa, Florida on January 21, 2026.

*[signature: Amanda Arnold Sansone]*
AMANDA ARNOLD SANSONE
United States Magistrate Judge